**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-4114**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK CLIFFTON MARTIN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury.  James A. Beaty, Jr., District Judge.  (CR-96-207)

———————

Submitted:  September 28, 2001          Decided:  October 17, 2001

———————

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Walter T. Johnson, Jr., Greensboro, North Carolina, for Appellant. Benjamin H. White, Jr., United States Attorney, Clifton T. Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Cliffton Martin appeals his jury conviction for conspiracy to distribute cocaine base in violation of 21 U.S.C.A. §§ 841, 846 (West 1999 & Supp. 2001). The court subsequently sentenced Martin to life imprisonment. On appeal, Martin attacks the sufficiency of the evidence to support the jury's verdict. We have reviewed the record, and viewing the evidence in the light most favorable to the Government, we find sufficient evidence to support Martin's conviction. See Glasser v. United States, 315 U.S. 60, 80 (1942); United States v. Burgos, 94 F.3d 849, 857 (4th Cir. 1996). Accordingly, we affirm Martin's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED